UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

STEVEN MARCANO,

                Plaintiff,                    20 **CIVIL** 4230 (JPO)

       -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 26, 2022, On November 16, 2021, Magistrate Judge Robert W. Lehrburger issued a thorough Report and Recommendation (the "Report"). The Court has reviewed the Report. No party filed a timely objection to the Report; therefore the Court reviews it for clear error. Magistrate Judge Lehrburger's well-reasoned Report presents no such errors and is therefore fully adopted by this Court. Accordingly, Plaintiff's motion for judgment on the pleadings is granted. Defendant's cross-motion is denied. Plaintiff is awarded benefits, and this case is remanded solely for the calculation of benefits, and this case is closed.

**Dated:** New York, New York
           January 27, 2022

                                                              **RUBY J. KRAJICK**

                                                                Clerk of Court

                                          BY:

                                                                 Deputy Clerk